**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**

ROBERT MOON,

    Plaintiff,                                CASE NO: 08-11085

vs.                                  DISTRICT JUDGE LAWRENCE P. ZATKOFF
                                       MAGISTRATE JUDGE CHARLES E. BINDER

OFFICER MARTY SCHULLER,

    Defendant.
_____/

## ORDER TO CORRECT CASE CAPTION

This order is entered under the authority given to this Magistrate Judge in an Order of Reference issued by District Judge Zatkoff pursuant to 28 U.S.C. § 636(b)(1)(A).

In conducting a screening of this case, it became apparent that an error was made when the parties were identified during the case opening procedure. The face page of the document submitted by the *pro se* Plaintiff identifies "Gratiot Co. Jail Officer Marty Schuller" as the defendant. While one could argue that the Plaintiff named two defendants, page four of the Complaint clearly indicates that "Defendant Marty Schuller is employed as officer at Gratiot County Jail Ithaca Mich 48847." (Dkt. 1, p 4).

Therefore, **IT IS ORDERED** that the Clerk's Office terminate Gratiot County Jail as a party to this litigation.

Review of this order is governed by 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72, and E.D. Mich. LR 72.1(d).

                                                    s/ *Charles E Binder*
                                                    CHARLES E. BINDER
Dated: April 15, 2008                      United States Magistrate Judge

## **CERTIFICATION**

I hereby certify that this Order was electronically filed this date, electronically served on the Clerk's Office, and served on Robert Moon, #146780, West Shoreline correctional Facility, 2500 S. Sheridan Dr., Muskegon Heights, MI, 49444-2665, by first class mail.

Date: April 15, 2008                By     s/Jean L. Broucek            
                                    Case Manager to Magistrate Judge Binder