UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MOON,

      Plaintiff,

v.

      Case No. 08-11085
      Hon. Lawrence P. Zatkoff
      Mag. Judge Charles E. Binder

MARTY SCHULLER,

      Defendant.
_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      This matter comes before the Court on Magistrate Judge Binder's report and recommendation [dkt 18] of January 13, 2009, in which the Magistrate Judge recommends dismissing the case for want of prosecution. Neither party has filed an objection to the report and recommendation. The Court has thoroughly reviewed the court file and the report and recommendation. As a result of that review, the Court ADOPTS the report and recommendation and enters it as the findings and conclusions of this Court as it pertains to the dismissal of this case.

      Therefore, IT IS HEREBY ORDERED that this matter be DISMISSED with prejudice for want of prosecution.

      IT IS SO ORDERED.


                                          s/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: February 10, 2009

CERTIFICATE OF SERVICE

 The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 10, 2009.

        s/Marie E. Verlinde
        Case Manager
        (810) 984-3290